# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1824

_____

Lisa Barnes-McNeely,                           *
                                               *
            Appellant,                         *
                                               *
      v.                                       *   Appeal from the United States
                                               *   District Court for the
Arkansas Department of Health and              *   Eastern District of Arkansas.
Human Services, Pine Bluff Division;           *
Gwen Williams, Mrs., Agency                    *        [UNPUBLISHED]
Supervisor/Coordinator in her official         *
and individual capacity; Rosemary              *
Caudle, in her official and individual         *
capacity (Supervisor); Minnie Berry,           *
Mrs., Agency Supervisor in her official        *
and individual capacity; Beverly Harris,       *
Mrs., official and individual capacity         *
(Fraud Investigator); Department of            *
Health and Human Services, Director,           *
Kathleen Sebelius,[1] Washington, DC;          *
Department of Agriculture,                      *
Thomas J. Vilsack,[2]                           *
                                               *
            Appellees.                         *

_____

[1]Kathleen Sebelius has been appointed to serve as Secretary of the Department of Health and Human Services, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

[2]Thomas J. Vilsack has been appointed to serve as Secretary of the Department of Agriculture, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Submitted: February 10, 2010
Filed: February 23, 2010
_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Lisa Barnes-McNeely appeals the district court's[3] dismissal of her civil action, and has filed motions to strike appellees' briefs and for a default judgment. Upon careful de novo review, see Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir.), cert. denied, 129 S. Ct. 222 (2008), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. In addition, Barnes's pending motions are denied.

_____

---

[3]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.